UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CECELIA KIRKWOOD,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00448-O |
| | § | |
| **CONSUMER CAPITAL ADVOCATES, LLC,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff informed the Court that the parties have agreed to settle this matter. *See* ECF No. 10. The parties are, therefore, **directed** to file the appropriate dismissal papers—a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an agreed motion with corresponding proposed order—with the Clerk's Office no later than **July 2, 2021**. If the parties do not file the appropriate dismissal papers by this date, and further proceedings become necessary or desirable, the parties should immediately file a Joint Status Report with the Court.

**SO ORDERED** this **3rd day** of **May, 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1